UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE YUNGA and PEDRO SANTOS,
                        Plaintiffs,

-v-

TRIBECA PEDIATRICS PLLC, et al.,
                        Defendants.

18-CV-5258 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The parties have reached a settlement in this Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 32-1.) In exchange for a release of their FLSA and NYLL claims against Defendants, Plaintiffs Jose Yunga and Pedro Santos will receive $50,000 and $60,000, respectively. (*See* Dkt. No. 32 at 2.) In addition, Defendants will pay $47,250 in attorney's fees and costs to Plaintiffs' counsel. (*See id.*) All in all, then, the parties have agreed that the matter will settle for a total of $157,250, with less than one third of that sum going to counsel.

The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

To that end, the proposed settlement at Docket Number 32-1 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

The Clerk of Court is directed to close the case.

SO ORDERED.

1

2

Dated: May 14, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge